AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Paez, Richard A. | 2. Court or Organization<br><br>U.S. Court of Appeals for the Ninth Circuit | 3. Date of Report<br><br>06/30/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals<br>125 S. Grand Avenue, Ste. 300<br>Pasadena, CA 91105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Western Justice Center, Pasadena, CA |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**Paez, Richard A.**

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/30/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | May 2010 | California Judges Retirement System | $6,606.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Cedars Sinai Medical Center - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York University | 03/2010 | NYC | Interviewer - Root-Tilden Pub. Int. students | Airfare and Hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Paez, Richard A. | 06/30/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Magellan | A | Dividend | J | T | | | | | |
| 2. Fidelity Cash Reserves (IRA) | A | Dividend | J | T | | | | | |
| 3. Fidelity Short Term Bond (IRA) | B | Dividend | J | T | Sold (part) | 01/05/10 | J | A | |
| 4. Fidelity Govt Income (IRA) | B | Dividend | K | T | Sold (part) | 09/01/10 | J | A | |
| 5. Fidelity CA Muni MM | A | Dividend | M | T | Sold (part) | 04/10/10 | J | A | |
| 6. Fidelity CA Muni MM | A | Dividend | M | T | Buy | 12/29/10 | M | | |
| 7. Cedars Sinai Med Ctr 403b - ING *See Note in Part VIII. (SP) | A | Dividend | L | T | | | | | |
| 8. - Vanguard Target Retirement-2025 | | | | | Buy/Month | 01/01/10 | K | | |
| 9. - SSGA S&P Index Fund | | | | | Buy/Month | 01/01/10 | K | | |
| 10. - Vanguard Midcap Index Fund | | | | | Buy/Month | 01/01/10 | K | | |
| 11. Fidelity PAS (IRA)(Sp)** See Note | D | Dividend | N | T | | | | | |
| 12. Fidelity Cash Reserves IRA (Sp) | A | Dividend | J | T | | | | | |
| 13. - Fidelity Diversified Int'l | A | Dividend | | | Sold | 01/27/10 | J | A | |
| 14. - Fidelity Diversified Int'l | | | | | Sold (part) | 03/30/10 | J | A | |
| 15. -Fidelity Diversified Int'l | | | | | Sold (part) | 05/12/10 | J | A | |
| 16. -Fidelity Diversified Int'l | | | | | Sold (part) | 07/27/10 | J | A | |
| 17. -Fidelity Diversified Int'l | | | | | Buy (add'l) | 08/10/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/30/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Fidelity Diversified Int'l | | | | | Sold (part) | 08/10/10 | J | A | |
| 19. - Fidelity Diversified Int'l | | | | | Sold | 09/21/10 | J | A | |
| 20. - Fidelity Low Priced Stock | A | Dividend | | | Buy (add'l) | 01/27/10 | J | | |
| 21. - Fidelity Low Priced Stock | | | | | Sold (part) | 05/12/10 | J | A | |
| 22. - Fidelity Low Priced Stock | | | | | Sold (part) | 07/27/10 | J | A | |
| 23. - Fidelity Low Priced Stock | | | | | Sold | 08/04/10 | J | A | |
| 24. - Fidelity Advisor New Insights CL | A | Dividend | J | T | Sold (part) | 01/27/10 | J | A | |
| 25. - Fidelity Advisor New Insights CL | | | | | Sold (part) | 06/22/10 | J | A | |
| 26. -Fidelity Advisor New Insights CL | | | | | Sold (part) | 08/04/10 | J | A | |
| 27. -Fidelity Advisor New Insights CL | | | | | Sold (part) | 08/10/10 | J | A | |
| 28. -Fidelity Advisor New Insights CL | | | | | Sold (part) | 09/21/10 | J | A | |
| 29. -Fidelity Advisor New Insights CL | | | | | Sold (part) | 10/22/10 | J | A | |
| 30. - Fidelity Growth Comp. | A | Dividend | | | Sold (part) | 05/12/10 | J | A | |
| 31. - Fidelity Growth Comp. | | | | | Sold (part) | 06/22/10 | J | A | |
| 32. - Fidelity Growth Comp. | | | | | Sold (part) | 07/27/10 | J | A | |
| 33. - Fidelity Growth Comp. | | | | | Sold | 08/04/10 | J | A | |
| 34. - Am Beacon Lge Cap Val Plan | A | Dividend | | | Buy (add'l) | 03/30/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/30/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - A, Beacon Lge Cap Val Plan | | | | | Sold (part) | 05/12/10 | J | A | |
| 36. -A. Beacon Lge Cap Val Plan | | | | | Sold | 07/27/10 | J | A | |
| 37. - William Blair Int'l Growth CL N | A | Dividend | | | Sold (part) | 01/27/10 | J | A | |
| 38. - William Blair Int'l Growth CL N | | | | | Sold (part) | 05/12/10 | J | A | |
| 39. - Willaim Blair Int'l Growth CL N | | | | | Sold (part) | 07/27/10 | J | A | |
| 40. - William Blair Int'l Growth CL N | | | | | Buy | 08/04/10 | J | | |
| 41. - Willaim Blair Int'l Growth CL N | | | | | Sold (part) | 08/10/10 | J | A | |
| 42. - William Blair Int'l Growth CL N | | | | | Sold | 09/21/10 | J | A | |
| 43. - Causeway Int'l Val. Investor | A | Dividend | | | Sold (part) | 01/27/10 | J | A | |
| 44. - Causeway Int'l Val. Investor | | | | | Sold (part) | 05/12/10 | J | A | |
| 45. - Causeway Int'l Val. Investor | | | | | Sold (part) | 07/27/10 | J | A | |
| 46. - Causeway Int'l Val. Investor | | | | | Buy | 08/04/10 | J | | |
| 47. - Causeway Int'l Val. Investor | | | | | Sold (part) | 08/10/10 | J | A | |
| 48. - Causeway Int'l Val. Investor | | | | | Sold | 12/17/10 | J | A | |
| 49. - EATON VANCE Large Cap Val | A | Dividend | | | Buy | 08/04/10 | J | | |
| 50. - EATON VANCE Large Cap Val CL A. | | | | | Sold | 08/10/10 | J | A | |
| 51. - John Hancock US Global Leaders Growth CL A | A | Dividend | | | Sold (part) | 01/27/10 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - John Hancock US - Global Leaders Growth CL A | | | | | Sold (part) | 03/30/10 | J | A | |
| 53. - John Hancock US - Global Leaders Growth CL A | | | | | Sold (part) | 05/12/10 | J | A | |
| 54. - John Hancock US - Global Leaders Growth CL A | | | | | Sold (part) | 07/27/10 | J | A | |
| 55. - John Hancock US - Global Leaders Growth CL A | | | | | Sold | 08/04/10 | J | A | |
| 56. - Oakmark Fund I | A | Dividend | | | Sold (part) | 01/27/10 | J | A | |
| 57. - Oakmark Fund I | | | | | Sold | 03/30/10 | J | A | |
| 58. - Hartford Cap Appreciation CL A | A | Dividend | | | Sold (part) | 01/27/10 | J | A | |
| 59. - Hartford Cap Appreciation CL A | | | | | Sold (part) | 03/30/10 | J | A | |
| 60. - Hartford Cap Appreciation CL A | | | | | Sold (part) | 05/12/10 | J | A | |
| 61. - Hartford Cap Appreciation CL A | | | | | Sold (part) | 06/22/10 | J | A | |
| 62. - Hartford Cap Appreciation CL A | | | | | Sold (part) | 07/27/10 | J | A | |
| 63. - Hartford Cap Appreciation CL A | | | | | Buy (add'l) | 08/04/10 | J | | |
| 64. - Hartford Cap Appreciation CL A | | | | | Sold (part) | 09/21/10 | J | A | |
| 65. - Hartford Cap Appreciation | | | | | Sold | 11/10/10 | J | A | |
| 66. Janus Fund CL T Shares | A | Dividend | | | Sold (part) | 03/30/10 | J | A | |
| 67. Janus Fund CL T Shares | | | | | Sold (part) | 05/12/10 | J | A | |
| 68. Janus Fund CL T Shares | | | | | Sold (part) | 06/22/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | Janus Fund CL T Shares | | | | | Sold (part) | 07/27/10 | J | A | |
| 70. | Janus Fund CL T Shares | | | | | Buy (add'l) | 08/04/10 | J | | |
| 71. | - Janus Fund CL T Shares | | | | | Sold (part) | 08/10/10 | J | A | |
| 72. | - Janus Fund CL T Shares | | | | | Sold (part) | 09/21/10 | J | A | |
| 73. | - Janus Fund CL T Shares | | | | | Sold (part) | 10/22/10 | J | A | |
| 74. | - Janus Fund CL T Shares | | | | | Sold | 12/07/10 | J | A | |
| 75. | - Perkins Mid Cap Value Inv. (name change was Janus Perkins) | A | Dividend | | | Sold (part) | 01/27/10 | J | A | |
| 76. | - Perkins Mid Cap Value Inv. | | | | | Sold | 08/04/10 | J | A | |
| 77. | - Legg Mason Partners Lg Cap Growth A | A | Dividend | | | Sold (part) | 01/27/10 | J | A | |
| 78. | - Legg Mason Partners Lg Cap Growth A | | | | | Sold (part) | 05/12/10 | J | A | |
| 79. | - Legg Mason Partners Lg Cap Growth A | | | | | Sold (part) | 06/22/10 | J | A | |
| 80. | - Legg Mason Partners Lg Cap Growth A | | | | | Sold (part) | 07/27/10 | J | A | |
| 81. | - Legg Mason Partners Lg Cap Growth A | | | | | Buy (add'l) | 08/04/10 | J | | |
| 82. | - Legg Mason Partners Lg Cap Growth A | | | | | Sold (part) | 08/10/10 | J | A | |
| 83. | - Legg Mason Partners Lg Cap Growth A | | | | | Sold (part) | 09/21/10 | J | A | |
| 84. | - Legg Mason Partners Lg Cap Growth A | | | | | Sold | 11/10/10 | J | A | |
| 85. | - Marsico Focus | A | Dividend | | | Sold (part) | 03/30/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/30/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. - Marsico Focus | | | | | Sold (part) | 06/22/10 | J | A | |
| 87. - Marsico Focus | | | | | Sold (part) | 07/27/10 | J | A | |
| 88. - Marsico Focus | | | | | Buy (add'l) | 08/04/10 | J | | |
| 89. - Marsico Focus | | | | | Sold (part) | 08/10/10 | J | A | |
| 90. - Marisco Focus | | | | | Sold (part) | 09/21/10 | J | A | |
| 91. - Marisco Focus | | | | | Sold (part) | 10/22/10 | J | A | |
| 92. - Marisco Focus | | | | | Sold | 11/10/10 | J | A | |
| 93. - Morgan Stanley Inst Inc. Int'l Equity B | A | Dividend | | | Sold (part) | 05/12/10 | J | A | |
| 94. - Morgan Stanley Inst Inc. Int'l Equity B | | | | | Sold (part) | 07/27/10 | J | · A | |
| 95. - Morgan Stanley Inst Inc. Int'l Equity B | | | | | Buy (add'l) | 08/04/10 | J | | |
| 96. - Morgan Stanley Inst Inc. Int'l Equity B | | | | | Sold (part) | 08/10/10 | J | A | |
| 97. - Morgan Stanley Inst Inc. Int'l Equity B | | | | | Sold | 09/21/10 | J | A | |
| 98. - Pimco Commod Real Ret Strat Admin CL | A | Dividend | | | Sold (part) | 06/22/10 | J | A | |
| 99. - Pimco Commod Real Est Strat Admin CL | | | | | Sold | 08/04/10 | J | A | |
| 100. - Selected Am Shares | A | Dividend | | | Sold (part) | 01/27/10 | J | A | |
| 101. - Selected Am Shares | | | | | Sold (part) | 05/12/10 | J | A | |
| 102. - Selected Am Sheres | | | | | Sold (part) | 06/22/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Selected Am Shares | | | | | Sold (part) | 07/27/10 | J | A | |
| 104. - Selected Am Shares | | | | | Sold (part) | 08/04/10 | J | A | |
| 105. - Selected Am Shares | | | | | Sold (part) | 08/10/10 | J | A | |
| 106. - Selected Am Shares | | | | | Sold (part) | 09/21/10 | J | A | |
| 107. - Selected Am Shares | | | | | Sold | 10/22/10 | J | A | |
| 108. - Fidelity Cap & Income | A | Dividend | J | T | Sold (part) | 03/30/10 | J | A | |
| 109. - Fidelity Cap & Income | | | | | Sold (part) | 06/22/10 | J | A | |
| 110. -Fidelity Cap & Income | | | | | Sold (part) | 07/27/10 | J | A | |
| 111. - Fidelity Cap & Income | | | | | Sold (part) | 08/10/10 | J | A | |
| 112. - Fidelity Cap & Income | | | | | Sold (part) | 11/10/10 | J | A | |
| 113. - Fidelity Short Term Bond | A | Dividend | | | Buy (add'l) | 03/30/10 | J | | |
| 114. - Fidelity Short Term Bond | | | | | Buy (add'l) | 06/22/10 | J | | |
| 115. - Fidelity Short Term Bond | | | | | Sold | 08/04/10 | J | A | |
| 116. - Fidelity Total Bond | | | J | T | Sold (part) | 07/27/10 | J | A | |
| 117. - Fidelity Total Bond | | | | | Buy (add'l) | 08/04/10 | J | | |
| 118. - Fidelity Total Bond | | | | | Buy (add'l) | 08/05/10 | J | | |
| 119. - Fidelity Total Bond | | | | | Buy (add'l) | 11/10/10 | J | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes:     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
   (See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. - Pimco High Yield Admin Shs | A | Dividend | | | Sold (part) | 06/22/10 | J | A | |
| 121. - Pimco High Yield Admin Shs | | | | | Sold | 08/04/10 | J | A | |
| 122. - Pimco Total Return Admin Shs | A | Dividend | J | T | Buy (add'l) | 08/04/10 | J | | |
| 123. - Pimco Total Return Admin Shs. | | | | | Buy (add'l) | 01/01/10 | J | | |
| 124. - Pimco Short Term Admin Shs | | | J | T | Buy (add'l) | 08/04/10 | J | | |
| 125. - Pimco Short Term Admin Shs | | | | | Sold (part) | 09/21/10 | J | A | |
| 126. - T.Rowe Price High Yield Advisor CL | A | Dividend | J | T | Sold (part) | 01/27/10 | J | A | |
| 127. - T Rowe Price High Yield Advisor CL | | | | | Sold (part) | 06/22/10 | J | A | |
| 128. - T Rowe Price High Yield Advisor CL | | | | | Sold (part) | 07/27/10 | J | A | |
| 129. - T Rowe Price High Yield Advisor CL | | | | | Buy (add'l) | 08/04/10 | J | | |
| 130. - T Rowe Price High Yield Advisor CL | | | | | Sold (part) | 10/22/10 | J | A | |
| 131. - T Rowe Price High Yield Advisor CL | | | | | Sold (part) | 12/07/10 | J | A | |
| 132. - Harbor Int'l Admin | A | Dividend | | | Sold (part) | 01/27/10 | J | A | |
| 133. - Harbor Int'l Admin | | | | | Sold (part) | 05/12/10 | J | A | |
| 134. - Harbor Int'l Admin | | | | | Buy (add'l) | 08/04/10 | J | | |
| 135. - Harbor Int'l Admin | | | | | Sold (part) | 08/10/10 | J | A | |
| 136. - Harbor Int'l Admin | | | | | Sold | 09/21/10 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - JP Morgan US Lg Cap Core | A | Dividend | | | Sold | 01/27/10 | J | A | |
| 138. - Manning & Napier World Oppt Ser. | A | Dividend | | | Sold (part) | 03/30/10 | J | A | |
| 139. - Manning & Napier World Oppt Serv | | | | | Sold (part) | 05/12/10 | J | A | |
| 140. - Manning & Napier World Oppt Serv | | | | | Sold (part) | 07/27/10 | J | A | |
| 141. - Manning & Napier World Oppt Serv | | | | | Buy (add'l) | 08/04/10 | J | | |
| 142. - Manning & Napier World Oppt Serv | | | | | Sold (part) | 08/10/10 | J | A | |
| 143. - Manning & Napier World Oppt Serv | | | | | Sold | 09/21/10 | J | A | |
| 144. - Victory Diversified Stk Class A | A | Dividend | | | Sold (part) | 05/22/10 | J | A | |
| 145. - Victory Diversified Stk CL A | | | | | Sold (part) | 06/22/10 | J | A | |
| 146. - Victory Diversified Stk CL A | | | | | Sold (part) | 07/27/10 | J | A | |
| 147. - Victory Diversified Stk CL A | | | | | Sold | 08/04/10 | J | A | |
| 148. Fidelity PAS Small Cap Fund of Funds | A | Dividend | | | Sold (part) | 07/27/10 | J | A | |
| 149. Fidelity PAS Small Cap Fund of Funds | | | | | Buy (add'l) | 08/04/10 | J | | |
| 150. Fidelity PAS Sm Cap Fund of Funds - NAME CHANGE | | | | | | 08/20/10 | J | | |
| 151. to PAS Small-Mid-CA Fund | | | | | | | | | |
| 152. PAS Small-Mid CA Fund of Funds | | | | | Sold | 12/07/10 | J | A | |
| 153. Fidelity Int'l Discov | A | Dividend | | | Sold (part) | 01/27/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period<br>(1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | C.<br>Gross value at end of reporting period<br>(1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. Fidelity Int'l Discov | A | Dividend | | | Sold (part) | 05/12/10 | J | A | |
| 155. Fidelity Int'l Discov | | | | | Sold (part) | 07/27/10 | J | A | |
| 156. Fidelity Int'l Discov | | | | | Sold | 08/04/10 | J | A | |
| 157. Fidelity Strategic Advisors Val Fd | A | Dividend | K | T | Buy | 03/30/10 | J | | |
| 158. Fidelity Strategic Advisors Val Fd | A | Dividend | | | Buy (add'l) | 01/14/10 | J | | |
| 159. Fidelity Strategic Advisors Val Fd -NAME CHANGE | | | | | | 06/25/10 | J | | |
| 160. ....to STRATEGIC ADVISORS VAL FD | | | | | | | | | |
| 161. Strategic Advisors Val Fd | | | | | Buy (add'l) | 07/27/10 | J | | |
| 162. Strategic Advisors Val Fd | | | | | Sold (part) | 08/04/10 | J | A | |
| 163. Strategic Advisors Val Fd | | | | | Buy (add'l) | 09/21/10 | J | | |
| 164. Strategic Advisors Val Fd | | | | | Buy (add'l) | 10/22/10 | J | A | |
| 165. Fidelity PAS Core Inc. Fund | | | | | Sold (part) | 08/04/10 | J | | |
| 166. Fidelity PAS Core Inc. Fund - NAME CHANGE: | | | | | . | 08/20/10 | | | |
| 167. to STRATEGIC ADVISORS CORE INCOME FUND | | | | | | | | | |
| 168. Strategic Advisors Core Inc. Fd | A | Dividend | | | Buy (add'l) | 10/22/10 | J | | |
| 169. John Hancock Classic Value CL | A | Dividend | | | Buy (add'l) | 01/27/10 | J | | |
| 170. John Hancock Classic Value CL | | | | | Sold (part) | 05/12/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/30/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. John Hancock Classic Value CL | | | | | Sold (part) | 08/04/10 | J | A | |
| 172. John Hancock Classic Val. CL | | | | | Sold (part) | 09/21/10 | J | A | |
| 173. John Hancock Classic Val. CL | | | | | Sold (part) | 10/22/10 | J | A | |
| 174. John Hancock Classic Val. CL | | | | | Sold | 11/10/10 | J | A | |
| 175. Royce Penn Mut Fd | A | Dividend | | | Sold (part) | 05/12/10 | J | A | |
| 176. Royce Penn Mut Fd | | | | | Sold | 08/04/10 | J | A | |
| 177. Fidelity PAS Core Income Fund of Funds | | | J | T | Buy (add'l) | 01/27/10 | J | | |
| 178. Fidelity PAS Core Inc. Fund | A | Dividend | | | Sold (part) | 08/04/10 | J | A | |
| 179. Fidelity PAS Core Inc. Fund NAME CHANGE: | | | | | | 08/20/10 | | | |
| 180. ...STRATEGIC ADVISORS CORE INCOME FUND | | | | | | | | | |
| 181. Strategic Advisors Core Income Fund | | | | | Buy (add'l) | 10/22/10 | J | | |
| 182. Franklin Gold and Precious Metals | A | Dividend | | | Sold (part) | 05/12/10 | J | A | |
| 183. Franklin Gold and Precious Metals | | | | | Buy (add'l) | 06/22/10 | J | | |
| 184. Franklin Gold and Precious Metals | | | | | Sold | 08/04/10 | J | A | |
| 185. Templeton Global Bond Class A | A | Dividend | J | T | | | | | |
| 186. Fidelity Money Market | A | Dividend | | | Sold (part) | 02/17/10 | J | A | |
| 187. Fidelity Money Market | | | | | Buy (add'l) | 03/30/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Fidelity Money Market | | | | | Sold (part) | 05/25/10 | J | A | |
| 189. Fidelity Money Market | | | | | Sold (part) | 08/31/10 | J | A | |
| 190. Fidelity Money Market | | | | | Buy (add'l) | 09/21/10 | J | | |
| 191. Fidelity Money Market | | | | | Sold (part) | 10/22/10 | J | A | |
| 192. Fidelity Money Market | | | | | Sold | 12/07/10 | J | A | |
| 193. Fidelity Emerging Markets | A | Dividend | | | Sold | 08/04/10 | J | A | |
| 194. Fidelity PAS Int'l Fund of Funds | A | Dividend | L | T | Buy | 01/27/10 | J | | |
| 195. Fidelity PAS Int'l Fund of Funds | | | | | Buy (add'l) | 03/30/10 | J | | |
| 196. Fidelity PAS Int'l Fund of Funds | | | | | Buy (add'l) | 05/12/10 | J | | |
| 197. Fidelity PAS Int'l Fund of Funds | | | | | Buy (add'l) | 07/27/10 | J | | |
| 198. Fidelity PAS Int'l Fund of Funds | | | | | Buy (add'l) | 07/28/10 | J | | |
| 199. Fidelity PAS Int'l Fund of Funds | | | | | Sold (part) | 08/04/10 | J | A | |
| 200. Fidelity PAS Int'l Fund of Funds | | | | | Buy (add'l) | 08/10/10 | J | | |
| 201. Fidelity PAS Int'l Fund of Funds - NAME CHANGE | | | | | Buy (add'l) | 08/11/10 | J | | |
| 202. ...to STRATEGIC ADVISORS INT'L FUND | | | | | | 08/20/10 | | | |
| 203. Strategic Advisors Int'l Fund | | | | | Buy (add'l) | 09/21/10 | J | | |
| 204. Strategic Advisors Int'l Fund | | | | | Buy (add'l) | 09/22/10 | J | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                           P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment                  T =Cash Market
   (See Column C2)              U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Strategic Advisors Int'l Fund | | | | | Sold (part) | 10/22/10 | J | A | |
| 206. Strategic Advisors Int'l Fund | | | | | Sold (part) | 11/10/10 | J | A | |
| 207. Strategic Advisors Int'l Fund | | | | | Buy (add'l) | 12/17/10 | J | | |
| 208. Strategic Advisors Int'l Fund | | | | | Buy (add'l) | 12/22/10 | J | | |
| 209. Fidelity PAS US Opp Fund of Funds | | | J | T | Buy | 03/30/10 | J | | |
| 210. Fidelity PAS US Opp Fund of Funds | | | | | Buy (add'l) | 03/31/10 | J | | |
| 211. Fidelity PAS US Opp Fund of Funds | | | | | Buy (add'l) | 05/12/10 | J | | |
| 212. Fidelity PAS US Opp Fund of Funds | | | | | Buy (add'l) | 06/22/10 | J | | |
| 213. Fidelity PAS US Opp Fund of Funds | | | | | Buy (add'l) | 07/27/10 | J | | |
| 214. Fidelity PAS US Opp Fund of Funds | | | | | Sold (part) | 08/04/10 | J | A | |
| 215. Fidelity PAS US Opp Fund of Funds - NAME CHANGE | | | | | Buy (add'l) | 08/10/10 | J | | |
| 216. ... to STRATEGIC ADVISORS OPPORTUNITIES FUND | | | | | | 08/20/10 | | | |
| 217. Strategic Advisors Opportunies Fd | | | | | Buy (add'l) | 09/21/10 | J | | |
| 218. Fidelity Strategic Advisors Core Fd | | | K | T | Buy | 01/27/10 | J | | |
| 219. Fidelity Strategic Advisors Core Fd | | | | | Buy (add'l) | 01/28/10 | J | | |
| 220. Fidelity Strategic Advisors Core Fd | | | | | Buy (add'l) | 03/30/10 | J | | |
| 221. Fidelity Strategic Advisors Core Fd | | | | | Buy (add'l) | 06/22/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. Fidelity Strategic Advisors Core Fd | | | | | Buy (add'l) | 07/27/10 | J | | |
| 223. Fidelity Strategic Advisors Core Fd | | | | | Sold (part) | 08/04/10 | J | A | |
| 224. Fidelity Strategic Advisors Core Fd | | | | | Buy (add'l) | 08/10/10 | J | | |
| 225. Fidelity Strategic Advisors Core Fd | | | | | Buy (add'l) | 09/21/10 | J | | |
| 226. Fidelity Strategic Advisors Core Fd | | | | | Buy (add'l) | 10/22/10 | J | | |
| 227. Fidelity Strategic Advisors Core Fd | | | | | Buy (add'l) | 11/10/10 | J | | |
| 228. Strategic Advisors Growth Fund | B | Dividend | K | T | Buy | 06/22/10 | J | | |
| 229. Strategic Advisors Growth Fund | | | | | Buy (add'l) | 07/27/10 | J | | |
| 230. Strategic Advisors Growth Fund | | | | | Buy (add'l) | 08/10/10 | J | | |
| 231. Strategic Advisors Growth Fund | | | | | Sold (part) | 08/04/10 | J | A | |
| 232. Strategic Advisors Growth Fund | | | | | Buy (add'l) | 10/22/10 | J | | |
| 233. Strategic Advisors Growth Fund | | | | | Buy (add'l) | 11/10/10 | J | | |
| 234. Strategic Advisors Growth Fund | | | | | Buy (add'l) | 11/12/10 | J | | |
| 235. Strategic Advisors Growth Fund | | | | | Buy (add'l) | 12/07/10 | J | | |
| 236. Strategic Advisors Growth Fund | | | | | Buy (add'l) | 12/08/10 | J | | |
| 237. Strategic Advisors Growth Fund | | | | | Sold (part) | 12/17/10 | J | A | |
| 238. Strategic Advisors Emerging Markets | A | Dividend | J | T | Buy | 10/22/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Strategic Advisors Emerging Markets | | | | | Buy (add'l) | 10/25/10 | J | | |
| 240. Strategic Advisors Emerging Markets | | | | | Buy (add'l) | 11/10/10 | J | | |
| 241. Fidelity Dividend Growth | A | Dividend | | | Buy | 05/12/10 | J | | |
| 242. Fidelity Dividend Growth | | | | | Sold (part) | 06/22/10 | J | A | |
| 243. Fidelity Dividend Growth | | | | | Sold (part) | 07/27/10 | J | A | |
| 244. Fidelity Dividend Growth | | | | | Buy (add'l) | 08/04/10 | J | | |
| 245. Fidelity Dividend Growth | | | | | Sold | 09/21/10 | J | A | |
| 246. Fidelity Select Gold | A | Dividend | J | T | Buy | 08/04/10 | J | | |
| 247. Fidelity Select Gold | | | | | Sold (part) | 09/21/10 | J | A | |
| 248. Fidelity High Income | A | Dividend | J | T | Buy | 08/04/10 | J | | |
| 249. Fidelity High Income | | | | | Sold (part) | 08/10/10 | J | A | |
| 250. Fidelity High Income | | | | | Sold (part) | 09/21/10 | J | A | |
| 251. Fidelity High Income | | | | | Sold (part) | 10/22/10 | J | A | |
| 252. Fidelity High Income | | | | | Sold (part) | 12/07/10 | J | A | |
| 253. FIMM MMkt Port Inst CL | A | Dividend | J | T | Buy | 10/22/10 | J | | |
| 254. FIMM MMkt Port Inst CL | | | | | Buy (add'l) | 12/07/10 | J | | |
| 255. FIMM MMkt Port Inst CL | | | | | Sold (part) | 12/28/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. Aston Montag & CAL Dwell Growth CL N | A | Dividend | | . | Buy | 08/04/10 | J | | |
| 257. Aston Montag & CAL Dwell Growth CL N | | | | | Sold (part) | 08/10/10 | J | A | |
| 258. Aston Montag & CAL Dwell Growth CL N | | | | | Sold (part) | 09/21/10 | J | A | |
| 259. Aston Montag & CAL Dwell Growth CL N | | | | | Sold (part) | 10/22/10 | J | A | |
| 260. Aston Montag & CAL Dwell Growth CL N | | | | | Sold (part) | 11/10/10 | J | A | |
| 261. Aston Montag & CAL Dwell Growth CL N | | | | | Sold | 12/07/10 | J | A | |
| 262. Credit Suisse Commd Return Strtgy | A | Dividend | J | T | Buy | 08/04/10 | J | | |
| 263. Hartford Growth Opp CL A | A | Dividend | | | Buy | 08/04/10 | J | | |
| 264. Hartford Growth Opp CL A | | | | | Sold (part) | 08/10/10 | J | A | |
| 265. Hartford Growth Opp CL A | | | | | Sold | 09/21/10 | J | A | |
| 266. Lazard Emerging Mkts Open Class | A | Dividend | | | Buy | 08/04/10 | J | | |
| 267. Lazard Emerging Mkts Open Class | | | | | Sold (part) | 10/22/10 | J | A | |
| 268. Lazard Emerging Mkts Open Class | | | | | Sold | 11/10/10 | J | A | |
| 269. Merger Fund | A | Dividend | J | T | Buy | 09/21/10 | J | | |
| 270. Metropolitan West Low Duration | A | Dividend | J | T | Buy | 08/04/10 | J | | |
| 271. CRM Mid Cap Val Investor Shrs | A | Dividend | | | Buy | 08/04/10 | J | | |
| 272. CRM Mid Cap Val Investor Shrs | | | | | Sold (part) | 09/21/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. CRM Mid Cap Val Investor Shrs | | | | | Sold (part) | 10/22/10 | J | A | |
| 274. CRM Mid Cap Val Investor Shrs | | | | | Sold | 11/10/10 | J | A | |
| 275. T.Rowe Price Equity Income Advisor CL | A | Dividend | | | Buy | 08/04/10 | J | | |
| 276. T.Rowe Price Equity Income Advisor CL | | | | | Sold (part) | 09/21/10 | J | A | |
| 277. T.Rowe Price Equity Income Advisor CL | | | | | Sold (part) | 10/22/10 | J | A | |
| 278. T.Rowe Price Equity Income Advisor CL | | | | | Sold | 11/10/10 | J | A | |
| 279. PAS Income Opport Fund of Funds | A | Dividend | K | T | Buy | 06/22/10 | J | | |
| 280. PAS Income Opport Fund of Funds | | | | | Buy (add'l) | 07/27/10 | J | | |
| 281. PAS Income Opport Fund of Funds | | | | | Sold (part) | 08/04/10 | J | A | |
| 282. PAS Income Opport Fund of Funds | | | | | Buy (add'l) | 08/10/10 | J | | |
| 283. PAS Income Opport Fund of Funds - NAME CHANGE | | | | | | | | | |
| 284. ...to STRATEGIC ADVISORS INCOME OPPORTUNITIES FUND | | | | | | 08/20/10 | | | |
| 285. Strategic Advisors Income Opportunities Fund | | | | | Buy (add'l) | 10/22/10 | J | | |
| 286. | | | | | | | | | |
| 287. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts (cont'd)

\* ▓▓▓▓▓▓ makes a monthly contribution to her Cedars Sinai Medical Center 403(b) Plan.

\* Fidelity Portfolio Advisory Services manages ▓▓▓▓▓ IRA.

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/30/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard A. Paez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544